**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                          Case No. 17-31709-DHW
                                                Chapter 13
DEMETRUS BEDGOOD
SSAN: XXX-XX-0595


                        Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on June 16, 2017.

2. The debtor(s) §341 Meeting of Creditors was held August 03, 2017.

3. The debtor(s) overall pay record is 50%.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtor's non-filing spouse and debtor's retirement income are not listed on the amended 122C.

(**X**) Debtor testified at the 341 that he owns a second piece of property valued at $15,000.00 which is not listed on the schedules.

(**X**) Debtor was to provide the tax value for both properties and has not done so.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 05, 2017.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  September 05, 2017.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/*Sabrina L. McKinney*

Sabrina L. McKinney
Chapter 13 Standing Trustee