# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DEMETRUS BEDGOOD,** | ) | CHAPTER 13 |
| | ) | CASE NO. 17-31709 |
| **DEBTOR.** | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW First Citizens Bank, a creditor in the above-styled cause, and objects to the confirmation of this case on the following grounds:

1. To Petitioner's knowledge, the Debtor does not have private insurance coverage on one (1) 2001 Chrysler LHS, which is financed through First Citizens Bank.

2. The Debtor has been informed by Creditor that private insurance would be required before his case could be confirmed.

3. Without private insurance coverage over the aforementioned vehicle, First Citizens Bank is without adequate protection

WHEREFORE, First Citizens Bank objects to confirmation of the Debtor's plan in the above-referenced matter.

Respectfully submitted,

PARNELL & PARNELL, P.A.

  /s/ Charles N. Parnell, III
By:    CHARLES N. PARNELL, III
       Attorney for First Citizens Bank

OF COUNSEL:
PARNELL & PARNELL, P.A.
Post Office Box 2189
Montgomery, Alabama  36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the __6th__ day of September, 2017.

| | |
|---|---|
| Hon. Sabrina McKinney<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Demetrus Bedgood<br>Debtor<br>63 Thames Street<br>Greenville, Alabama 36037 |

                                                    /s/ Charles N. Parnell, III
                                            CHARLES N. PARNELL, III