UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 17−31709
                                         Chapter 13
Demetrus Bedgood,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on November 27, 2017 at 09:00 AM

to consider and act upon the following:

*34* − Clerk's Notice of Dismissal (fees) ***Remaining Balance is $58.90 *** (RE: related document(s)9 Order on Motion To Pay Filing Fees in Installments). Responses due by 11/13/2017. (LB)

*36* − Response filed by Richard D. Shinbaum on behalf of Demetrus Bedgood (RE: Related document(s) 34 Clerk's Notice of Dismissal (fees). Modified on 11/8/2017 (JFM).

Dated November 8, 2017

Juan−Carlos Guerrero
Clerk of Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                         Case No. 17-31709-DHW
Demetrus Bedgood                                               Chapter 13
         Debtor                CERTIFICATE OF NOTICE
District/off: 1127-2      User: jmclain          Page 1 of 1          Date Rcvd: Nov 08, 2017
                          Form ID: ntchrgBK      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db          Demetrus Bedgood,   63 Thames Street,   Greenville, AL  36037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor    First Citizens Bank bkrp@parnellsoutheast.com
              Jacob Pippin Mauldin    on behalf of Creditor    Vertical Capital Income Fund
               jmauldin@rubinlublin.com,   lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com
              Richard D. Shinbaum    on behalf of Debtor Demetrus   Bedgood rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5